# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., ) | |
|        Plaintiff, ) | Case No. 2:16-cv-00374-JCM-CWH |
| vs. ) | **ORDER** |
| MISSION HILLS HOMEOWNERS ) ASSOCIATION, et al., ) | |
|        Defendants. ) | |

Presently before the court is Plaintiff CitiMortgage, Inc., Defendant Mission Hills Homeowners Association, and Defendant SFR Investments Pool 1, LLC's Stipulation and Order to Stay Litigation Due to Bankruptcy of Alessi & Koenig, LLC (ECF No. 59), filed on January 11, 2017. On July 21, 2017, this stipulation was referred to the undersigned for disposition. Although the parties represent that the case is automatically stayed as to Alessi & Koenig under the Bankruptcy Code, the parties do not provide any legal authority indicating that the case must be stayed as to all parties. Accordingly, the stipulation to stay litigation is DENIED.

DATED: July 24, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**