DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/Cross-Claimant,
SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CITIMORTGAGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MISSION HILLS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00374-JCM-CWH <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counterclaimant/Cross-Claimant, <br><br> vs. <br><br> CITIMORTGAGE, INC.; and DAVID A. YEAKEL, an individual, <br><br> Counter-Defendant/Cross-Defendant. | |

…

…

…

- 1 -

## STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER

SFR Investments Pool 1, LLC ("SFR") and CitiMortgage, Inc. ("Bank") hereby stipulate and agree as follows:

1. Bank filed its Motion to Reconsider Order Denying Bank's Motion for Summary Judgment on October 9, 2018. ECF No. 69.
2. SFR's Response to Bank's Motion to Reconsider is currently due October 23, 2018.
3. The parties agree to extend SFR's Response deadline to October 31, 2018.

The request is made to allow SFR sufficient time to adequately prepare the Response. This is SFR's first request for an extension of this deadline and is not made to cause delay or prejudice any party.

DATED this __23rd__ day of October, 2018.

| | |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| */s/ Jason G. Martinez*_____ | */s/ William S. Habdas*_____ |
| DIANA S. EBRON, ESQ. | MELANIE D. MORGAN, ESQ. |
| Nevada Bar No. 10580 | Nevada Bar No. 8215 |
| JACQUELINE A. GILBERT, ESQ. | WILLIAM S. HABDAS, ESQ. |
| Nevada Bar No. 10593 | Nevada Bar No. 13138 |
| KAREN L. HANKS, ESQ. | 1635 Village Center Circle, Suite 200 |
| Nevada Bar No. 9578 | Las Vegas, Nevada 89134 |
| JASON G. MARTINEZ, ESQ. | *Attorney for CitiMortgage, Inc.* |
| Nevada Bar No. 13375 | |
| 7625 Dean Martin Drive, Suite 110 | |
| Las Vegas, Nevada 89139-5974 | |
| *Attorney for SFR Investments Pool 1, LLC* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: _ October 24, 2018 _____