Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/Cross-Claimant,
SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION HILLS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>CITIMORTGAGE, INC.; and DAVID A. YEAKEL, an individual,<br><br>Counter-Defendant/Cross-Defendant. | Case No.: 2:16-cv-00374-JCM-CWH<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>**[SECOND REQUEST]** |

…

…

…

- 1 -

## STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER

SFR Investments Pool 1, LLC ("SFR") and CitiMortgage, Inc. ("Bank") hereby stipulate and agree as follows:

1. Bank filed its Motion to Reconsider Order Denying Bank's Motion for Summary Judgment on October 9, 2018. ECF No. 69.
2. SFR's Response to Bank's Motion to Reconsider is currently due October 31, 2018.
3. The parties agree to extend SFR's Response deadline to November 7, 2018.

The request is made to allow SFR sufficient time to adequately prepare the Response. This is SFR's second request for an extension of this deadline and is not made to cause delay or prejudice any party.

DATED this __31st__ day of October, 2018.

**KIM GILBERT EBRON**

*/s/ Jason G. Martinez*_____
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
*Attorney for SFR Investments Pool 1, LLC*

**AKERMAN LLP**

*/s/ William S. Habdas*_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorney for CitiMortgage, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: November 7, 2018

- 2 -